### Lionel Klopner v. The State.

No. 4272.   Decided November 1, 1916.

**Delinquent Child—Practice on Appeal.**

No appeal lies to this court from an order adjudging defendant a delinquent child.   Following Bartee v. State, 174 S. W. Rep., 1057.

Appeal from the County Court of Tarrant.   Tried below before the Hon. Jesse M. Brown.

Appeal from an order adjudging appellant a delinquent child.

The opinion states the case.

No brief on file for appellant.

C. C. *McDonald,* Assistant Attorney General, for the State.—Cited case in opinion.

HARPER, JUDGE.—Appellant was tried before Hon. Jesse M. Brown, county judge of Tarrant County, under an information charging him with being a delinquent child. This is not a criminal offense, and no appeal lies to this court from an order adjudging him a delinquent child, and ordering him conveyed to the State Institute for the Training of Juveniles.   Ex parte Bartee, 174 S. W. Rep., 1057.

The court being without jurisdiction to entertain this appeal, it is ordered dismissed.

*Affirmed.*